United States Bankruptcy Court
Eastern District of Tennessee

In re:                                                                    Case No. 15-33545-SHB
PixelRange Inc.                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0649-3          User: harpern              Page 1 of 2              Date Rcvd: Dec 02, 2015
                              Form ID: 309C              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2015.
db          +PixelRange Inc.,   11205 Outlet Drive,   Knoxville, TN 37932-3124
11177293    +4 Wall Lighting,   3165 W Sunset Rd,   Las Vegas, NV 89118-3902
11177294    +AFLAC,   1932 Wynnton Road,   Columbus, GA 31999-0002
11177301    +ASEN,   18 Emory Place, Suite 100,   Knoxville, TN 37917-7364
11177295    +All PSU,   Unit D6 Laser Quay,   Culpeper Close, Medway City Estate,   Rochester, Kent ME 42273
11177296    +Allied Electronics,   142 Passage Way,   Easley, SC 29642-9148
11177299    +Archipelago Lighting,   4615 State St,   Montclair, CA 91763-6130
11177300    +Arrow Electronics LTD,   4930 F-G Corporate Dr.,   Huntsville, AL 35805-6231
11177302    +Chesapeake Lighting,   9820 Patuxent Woods Dr.,   Columbia, MD 21046-1534
11177303    +Colortec,   2003 Waldens Creek Rd,   Sevierville, TN 37862-7611
11177304    +Crystal Springs,   200 Eagles Landing Boulevard,   Lakeland, FL 33810-3058
11177305    +Dave and Gill Thomas,   458 Blackburn Lane,   Lenoir City, TN 37771-3335
11177306    +Delta Dental of Tennessee,   240 Venture Cir,   Nashville, TN 37228-1699
11177308    +ESSENTRA Components Americas,   7400 West Industrial Drive,   Forest Park, IL 60130-2536
11177307     Earth Tech Erosion Control, LLC,   7717 DAN LN,   Knoxville, TN 37938-4554
11177309    +Fedex Freight,   3875 Airways,   Module H3 Department 4634,   Memphis, TN 38116-5070
11177310     First Tennessee Bank,   P.O. Box 31,   Memphis, TN 38101-0031
11177311     First Utility District of Knox County,   P.O. Box 2153,   Birmingham, AL 35287-1340
11177312    +Freeman Freeman & Smiley, LLP,   1888 Century Park East,   Los Angeles, CA 90067-1723
11177313    +Green Ignite Inc.,   703 Oriskany Blvd,   Yorkville, NY 13495-1339
11177314    +Green LED Lighting Solutions LLC,   1909 Tigertail Blvd.,   Dania, FL 33004-2125
11177315    +IEWC Global Solutions,   5001 South Towne Dr.,   New Berlin, WI 53151-7956
11177316    +Intertek Testing Services,   25800 Commercentre Drive,   Lake Forest, CA 92630-8804
11177318    +Jessica Woodsmall,   c/o Ron Hill,   PO box 2047,   Knoxville, TN 37901-2047
11177319    +K.E.M.M. Electric, Inc.,   2729 Carter Road,   Geneva, NY 14456-9501
11177320    +Knox County Circuit Court Clerk,   400 Main St,   Knoxville, TN 37902-2420
11177321    +Knox County Trustee,   400 W Main St #418,   Knoxville, TN 37902-3704
11177322    +Kramer Rayson LLP,   P.O. Box 629,   Knoxville, TN 37901-0629
11177323    +Lighting Group Northwest,   PO Box 80585,   Seattle, WA 98108-0585
11177325    +Lisa Brown,   c/o Freeman Freeman Smiley,   1888 Century Park East,
              Los Angeles, CA 90067-1702
11177326    #+Lunera Lighting, Inc.,   4935 E Hunter Ave,   Anaheim, CA 92807-2058
11177327    +Maxlite,   12 York Ave,   Caldwell, NJ 07006-6411
11177328    +Mouser Electronics,   1000 North Main Street,   Mansfield, TX 76063-1514
11177329     Newark,   P.O. Box 94151,   Palatine, IL 60094-4151
11177330     Orbit Optotech Inc.,   2F., No. 30, Ln 13,   Pucheng St., Da-an Dist,
              Taipei City 10646, Taiwan
11177332     Process Metals, Inc.,   21620 AL-117,   Ider, AL 35981
11177333    +T D McDaniel Co, Inc.,   2511 NASA Road 1,   Seabrook, TX 77586-3474
11177334    +TRC Electronics,   101B Domorah Drive,   Montgomeryville, PA 18936-9635
11177336    +UPS,   55 Glenlake Parkway NE,   Atlanta, GA 30328-3474
11177338     Waste Management of TN - Knox,   P.O. Box 9001054,   Louisville, KY 40290-1054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: wem@billmaddoxlaw.com Dec 02 2015 21:01:46      William E. Maddox, Jr.,
              William E. Maddox, Jr., LLC,   P. O. Box 31287,   Knoxville, TN 37930
tr           EDI: QMHFITZPATRICK.COM Dec 02 2015 20:43:00      Michael H. Fitzpatrick,   800 S. Gay Street,
              2121 First Tennessee Plaza,   Knoxville, TN 37929-9711
ust         +E-mail/Text: ustpregion08.kx.ecf@usdoj.gov Dec 02 2015 21:03:41      United States Trustee,
              800 Market Street, Suite 114,   Howard H. Baker Jr. U.S. Courthouse,
              Knoxville, TN 37902-2303
11177297    +EDI: AMEREXPR.COM Dec 02 2015 20:43:00      American Express,   PO Box 650448,
              Dallas, TX 75265-0448
11177298    +E-mail/Text: dwilliams@ameritas.com Dec 02 2015 21:04:03      Ameritas Life Insurance Corp,
              5900 O Street Lincoln,   Lincoln, NE 68510-2234
11177335    +E-mail/Text: ulinecollections@uline.com Dec 02 2015 21:03:58      ULINE,   12575 Uline Drive,
              Pleasant Prairie, WI 53158-3686
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11177324       Lisa Brown
11177331       Philips
11177337       Visa
11177317    ##James Thomas Engineering,   10240 Caneel Dr,   Knoxville, TN 37931
                                                                                   TOTALS: 3, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0649-3          User: harpern              Page 2 of 2                   Date Rcvd: Dec 02, 2015
                              Form ID: 309C              Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2015 at the address(es) listed below:
```
              Michael H. Fitzpatrick    mfitzpatrick@ecf.epiqsystems.com, mhf@qcflaw.com
              United States Trustee    Ustpregion08.kx.ecf@usdoj.gov
              William E. Maddox, Jr.    on behalf of Debtor    PixelRange Inc. wem@billmaddoxlaw.com,
                jnj@billmaddoxlaw.com
                                                                                           TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **PixelRange Inc.**<br>Name | EIN **20−5688680** |
| United States Bankruptcy Court **Eastern District of Tennessee**<br>Case number: **3:15−bk−33545−SHB** | | Date case filed for chapter **7**  **12/1/15** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline         12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://ecf.tneb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | PixelRange Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11205 Outlet Drive<br>Knoxville, TN 37932 | |
| 4. | **Debtor's attorney**<br>Name and address | William E. Maddox Jr.<br>William E. Maddox, Jr., LLC<br>P. O. Box 31287<br>Knoxville, TN 37930 | Contact phone 865−293−4953 |
| 5. | **Bankruptcy trustee**<br>Name and address | Michael H. Fitzpatrick<br>800 S. Gay Street<br>2121 First Tennessee Plaza<br>Knoxville, TN 37929−9711 | Contact phone (865) 524−1873 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://ecf.tneb.uscourts.gov. | William T. Magill<br>Clerk of Court<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902 | Hours open:<br>Monday – Friday 8:00 AM – 4:30 PM<br><br>Contact phone (865) 545−4279<br><br>Date: 12/2/15 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 29, 2015 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bankruptcy Meeting Room, 1st Floor, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>However, secured creditors (creditors who have a security interest in the debtor(s)' property) must provide, prior to the meeting of creditors scheduled in line 7 above, proof to the bankruptcy trustee that their security interest has been perfected. Also, unless a written request for notice is filed at or before the meeting of creditors, the bankruptcy trustee may abandon property of the estate without further notice to creditors. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 1