# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
PixelRange Inc.

Case Number: 3:15−bk−33545−SHB  
Chapter: 7

Debtor(s)

# NOTICE OF NEED TO FILE PROOF OF CLAIM
# DUE TO RECOVERY OF ASSETS

## NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the bankruptcy court at the address below on or before

**DATE: 3/8/16**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

There are three ways to file a proof of claim in a bankruptcy case: (1) electronically; (2) using the CM/ECF system; or (3) by mail or in person. To file a proof of claim electronically, you should use the electronic proof of claim application located on the court's website at www.tneb.uscourts.gov under the Claims button. To file a claim using the CM/ECF system, by mail or in person, you should complete a proof of claim form under the Forms tab of the court's website at www.tneb.uscourts.gov. The proof of claim may then be filed using the CM/ECF system, or filed in person at, or mailed to, the clerk's office at the address below. If you wish to receive proof of its receipt by the Bankruptcy Court, please enclose a copy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing a proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Dated: 12/9/15

Address of the Bankruptcy Court  
United States Bankruptcy Court  
Howard H. Baker Jr. U.S. Courthouse  
Suite 330, 800 Market Street  
Knoxville, TN 37902

William T. Magill  
Clerk of the Bankruptcy Court

By: ___cjw___  
Deputy Clerk