**SO ORDERED.**
**SIGNED this 7th day of April, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    PIXELRANGE, INC.,                      Case No. 3:15-BK-33545 SHB
                                                            Chapter 7
        Debtor.

### AGREED ORDER DISMISSING CASE

This case came before the court upon the motion of Michael H. Fitzpatrick, Trustee, to dismiss this voluntary chapter 7 case. The trustee served the motion with notice of hearing and the proposed order to all parties in interest. No party objects to the relief requested. The debtor agrees to the dismissal. The Court finds that it is in the best interest of all parties that the case be dismissed. The court is therefore of the opinion that the motion should be granted as follows.

1. That this voluntary chapter 7 case is dismissed.

2. That the trustee be and is awarded his actual costs incurred for postage and copies of $85.08. The balance of funds held by the trustee shall be paid to the debtor.

###

APPROVED:

*/s/ Michael H. Fitzpatrick*
MICHAEL H. FITZPATRICK, Trustee
BPR 006033
**QUIST, CONE & FITZPATRICK, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
865-524-1873 ext. 222
mhf@qcflaw.com


*/s/ William E. Maddox, Jr.*
WILLIAM E. MADDOX, JR., Esq.
BPR 017462
P.O. Box 31287
Knoxville, TN 37930
865-293-4953